**Order entered June 24, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01607-CV

**BRUCE B. MCLEOD, III, Appellant**

**V.**

**ALFRED GYR, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-02708-B**

## ORDER

The Court has before it appellant's June 20, 2013 unopposed motion for extension of time to file appellant's reply brief. The Court **GRANTS** the motion and **ORDERS** that any reply brief be filed by July 1, 2013.

/s/      ELIZABETH LANG-MIERS
                JUSTICE